O

United States District Court
Central District of California

| | |
|---|---|
| ALVACO, INC., | Case No. 2:13-cv-05159-ODW(FFMx) |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART** |
| VEOLIA TRANSPORTATION | **STIPULATION TO CONTINUE** |
| SERVICES, INC.; DOES 1–50, inclusive, | **MOTION FOR SUMMARY** |
| Defendants. | **JUDGMENT AND TRIAL-** |
| | **RELATED DATES [28]** |

On September 26, 2013, the Court issued its Scheduling and Case-Management Order in this action, setting the last day for hearing motions for June 2, 2014, and setting trial for July 22, 2014.  (ECF No. 19.)

On May 5, 2014, Defendant Veolia Transportation Services, Inc. moved for summary judgment as to Plaintiff Alvaco, Inc.'s entire Complaint.  (ECF No. 25.) Veolia noticed the hearing on the Motion for Monday, June 2, 2014.

On May 9, 2014, the parties stipulated to continue the summary-judgment hearing date and all trial-related dates to accommodate Alvaco deposing two Veolia Rule 30(b)(6) witnesses.

While the parties apparently agree that Alvaco has satisfied the requirements of Federal Rule of Civil Procedure 56(d), the Court is not convinced.  In any event, the

1 | Court acknowledges that both parties have agreed to the continuance and need not

2 | unnecessarily reject their agreement.

3 |       The Court therefore **GRANTS** a three-week continuance on all outstanding

4 | dates as follows:

5 | • Summary-judgment hearing: Monday, June 23, 2014, at 1:30 p.m.

6 |     o Opposition brief: Monday, June 2, 2014

7 |     o Reply brief, if any: Monday, June 9, 2014

8 | • Trial: Tuesday, August 12, 2014, at 9:00 a.m.

9 | • Final pretrial conference & file motions in limine, proposed voir dire questions,

10 |   and agreed-to statement of the case: Monday, July 21, 2014, at 2:30 p.m.

11 |     o Lodge pretrial documents by Monday, July 14, 2014

12 | • Motion in limine hearing: Monday, August 4, 2014, at 2:30 p.m.

13 | The Court will not grant any further continuances on these same grounds.

14 |       **IT IS SO ORDERED.**

16 | May 9, 2014

18 | _____

19 |         **OTIS D. WRIGHT, II**
    **UNITED STATES DISTRICT JUDGE**