**O**

# United States District Court
# Central District of California

| | |
|---|---|
| ALVACO, INC., <br><br>                Plaintiff, <br><br>     v. <br><br>VEOLIA TRANSPORTATION SERVICES, INC.; DOES 1–50, inclusive, <br><br>                Defendants. | Case No. 2:13-cv-05159-ODW(FFMx) <br><br>**ORDER STRIKING UNDER-SEAL SUBMISSIONS** |

The Court has received two submissions from Plaintiff Alvaco, Inc. in connection with its opposition to Defendant Veolia Transportation Services, Inc.'s Motion for Summary Judgment that purport to be filed under seal. (*See* ECF Nos. 30, 32.) These documents are Exhibits 7 and 9 to Alvaco's Opposition. (*Id.*) Alvaco contends that these documents must be filed under seal to comply with the parties' stipulated protective order.

But Alvaco has not even made a colorable attempt to comply with this Court's under-seal filing requirements—and for that matter, with the parties' protective order. The protective order states that the "parties shall comply with Rule 79-5 of the Central District of California Local Rules in connection with filing or lodging with the Court documents or information designated as Confidential Information or Restricted Information under this Order." (ECF No. 24, at ¶ 12.) Local Rule 79-5 clearly

provides that "no case or document shall be filed under seal or in camera without prior approval by the Court." While the rule goes on to provide an approval and filing process, this Court's own rules establish that it is participating in an under-seal filing pilot program. This program allows for much faster and more efficient resolution of under-seal filings. *See* FAQs about Judges' Procedures and Schedules ¶ VVI, *available at* http://tiny.cc/ODW_Under_Seal_Procedures.

Since Alvaco never sought Court approval prior to filing these documents under seal, the Court **STRIKES** them. Alvaco shall follow the proper procedures for seeking Court approval within 24 hours or forfeit using them.

**IT IS SO ORDERED.**

June 4, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**