O

# United States District Court
# Central District of California

| | |
|---|---|
| ALVACO, INC.,<br><br>                    Plaintiff,<br><br>      v.<br><br>VEOLIA TRANSPORTATION SERVICES, INC.; DOES 1–50, inclusive,<br><br>                    Defendants. | Case No. 2:13-cv-05159-ODW(FFMx)<br><br>**ORDER GRANTING IN PART APPLICATIONS TO FILE EXHIBITS UNDER SEAL** |

The Court has received two submissions from Plaintiff Alvaco, Inc. in connection with its opposition to Defendant Veolia Transportation Services, Inc.'s Motion for Summary Judgment that purport to be filed under seal. (*See* ECF Nos. 30, 32.) These documents are Exhibits 7 and 9 to Alvaco's Opposition. (*Id.*) Alvaco contends that these documents must be filed under seal to comply with the parties' stipulated protective order.

After Alvaco improperly manually filed these documents with prior approval, the Court struck them and instructed Alvaco to follow the proper under-seal procedures. (ECF No. 33.)

That evening, the Court received an email from Alvaco with an application to seal the exhibits. But Alvaco did not file the application on the docket or indicate that it wished to file the application itself under seal—again violating the Court's under-

seal filing procedures. *See* FAQs about Judges' Procedures and Schedules ¶ VVI, *available at* http://tiny.cc/ODW_Under_Seal_Procedures. In any event, lest the Court subject itself to another under-seal filing attempt, the Court will accept the improperly submitted application.

The Court has reviewed Alvaco's Exhibits 7 and 9 and finds no reason for Exhibit 7 to be filed under seal. The Court is flying blind in this inquiry, as Alvaco has not actually stated any substantive reason for sealing the documents. Of course, the Court understands that it was really Veolia that wanted these documents sealed and thus placed its "confidential" label on them. But the Court sees nothing in Exhibit 7 that should be shielded from public view. The Court thus **GRANTS** Alvaco's Application to seal Exhibit 9 and **DENIES** the Application to seal Exhibit 7. Alvaco shall electronically file Exhibit 7 on the public docket, and the Clerk of Court will file Exhibit 9 under seal.

**IT IS SO ORDERED.**

June 5, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**