O

# United States District Court
# Central District of California

| | |
|---|---|
| ALVACO, INC., <br><br> Plaintiff, <br><br> v. <br><br> VEOLIA TRANSPORTATION SERVICES, INC.; DOES 1–50, inclusive, <br><br> Defendants. | Case No. 2:13-cv-05159-ODW(FFMx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On July 17, 2014, the parties informed the Court that they reached a settlement in this action. (ECF No. 61.) The Court therefore **VACATES** all outstanding pretrial and trial dates and **ORDERS** the parties to **SHOW CAUSE** in writing by **Friday, August 29, 2014**, why they have not finalized settlement. No hearing will be held; the parties shall respond in writing. The Court will discharge this Order upon the filing of a stipulated dismissal. Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

July 18, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**